## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

VERNON BONNER,                                 Civil 08-1131 (JRT/FLN)

             Petitioner,

v.                                       **ORDER ADOPTING REPORT**
                                          **AND RECOMMENDATION**

FEDERAL BUREAU OF PRISONS,
MR. R. BYRD,

             Respondents.

---

Vernon Bonner, #06300-027, FPC Dorm 208-103, Post Office Box 1000, Duluth, MN 55814, appearing pro se.

Jeffrey S. Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondents.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 6, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that this action is DISMISSED WITHOUT PREJUDICE.

Dated: July 3, 2008
at Minneapolis, Minnesota                                        _____s/ John R. Tunheim___
                                                            JOHN R. TUNHEIM
                                                    United States District Judge